

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENERAL MOTORS CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-99CV2625-L |
| | § | |
| AMERICAN ECOLOGY | § | |
| ENVIRONMENTAL SERVICES CORP. | § | |
| f/k/a GIBRALTAR CHEMICAL | § | |
| RESOURCES, INC., AMERICAN | § | |
| ECOLOGY CORP., and MOBLEY | § | |
| ENVIRONMENTAL SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Come now Plaintiff General Motors Corporation ("GM") and Defendant Mobley Environmental Services, Inc. ("Mobley"), in the above entitled and numbered cause, and file this Joint Motion to Dismiss. The parties would respectfully show unto the Court as follows:

I.

The parties would respectfully show the Court that all claims and causes of action brought or which could have been brought by Plaintiff GM against Defendant Mobley have been settled and compromised.



II.

Accordingly, Plaintiff GM requests that any and all claims and causes of action brought or which could have been brought against Defendant Mobley be dismissed with prejudice to refiling of the same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff GM respectfully requests this Honorable Court to dismiss its cause of action against Defendant Mobley with prejudice, that legally taxable costs be taxed against the party incurring the same, and that they have such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

_____
**KIRK F. SNIFF**
State Bar Card No. 18797800

**KAREN BROWN WILLCUTTS**
State Bar Card No. 03149750

**ASHLEY T. KISNER**
State Bar Card No. 007917983

**STRASBURGER & PRICE, L.L.P.**
901 Main Street, Suite 4300
Dallas, Texas 75202
Telephone:   214/651-4300
Facsimile:    214/651-4330

ATTORNEYS FOR PLAINTIFF

Case 3:99-cv-0262 Document 54 Filed 07/10/01 Page 3 of 3 PageID 43

_____
TRACY CRAWFORD
State Bar Card No. 05024000

**ROSEMARY SAGE JONES**
State Bar Card No. 17519275

**R. BRIAN CRAFT**
State Bar Card No. 04972020

**RAMEY & FLOCK, P.C.**
500 First Place
Tyler, Texas 75702
Telephone: 903/597-3301
Facsimile: 903/597-2413

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of via United States Postal Service certified mail, return receipt requested, in accordance with the applicable Rules of Civil Procedure, on this the 10th day of July, 2001.

_____
~~KAREN D. FOWLER, CERTIFIED LEGAL ASSISTANT TO~~
~~ROSEMARY SAGE JONES~~
Ashley T. Kisner


GM v. American Ecology, et al
Joint Motion to Dismiss                                                   Page 3
