IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENERAL MOTORS CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3-99CV2625-L |
| | § | |
| AMERICAN ECOLOGY | § | |
| ENVIRONMENTAL SERVICES CORP. | § | |
| f/k/a GIBRALTAR CHEMICAL | § | |
| RESOURCES, INC., AMERICAN | § | |
| ECOLOGY CORP., and MOBLEY | § | |
| ENVIRONMENTAL SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## GENERAL MOTORS' TRIAL EXHIBIT LIST

General Motors Corporation ("General Motors") submit the following trial exhibits and trial exhibit list, designating trial exhibits by exhibit number and description, which may be offered at trial. General Motors asserts that the documents marked with an asterisk are admissible only in redacted form, as only parts of the documents are relevant.

Respectfully submitted,

*Ashley T. Kisner*

**KIRK F. SNIFF**
State Bar No. 18797800
**KAREN BROWN WILLCUTTS**
State Bar No. 03149750
**ASHLEY T. KISNER**
State Bar No. 00791783
**STRASBURGER & PRICE, L.L.P.**
901 Main Street, Suite 4300
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via facsimile and Federal Express, to counsel for Defendants, Tracy Crawford, Ramey & Flock, P.C., 500 First Place, Tyler, Texas 75702, on this __16__ day of July, 2001.

*Ashley T. Kisner*
**ASHLEY T. KISNER**

**GENERAL MOTORS' DESIGNATION OF DEPOSITION TESTIMONY - Page 2**

654593.2/SP2/36122/0586/07162001

*General Motors Corporation v. American Ecology Environmental Services Corp , et al*  Case No. 3 99-CV-2625-L

# PLAINTIFF GENERAL MOTORS CORPORATION'S
# TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 1. | GM Corporation Corporate Purchase Agreement with all attachments and exhibits. | √ | |
| 2. | 9/29/95 letter to Camilleri from S. Mobley re: facility name change. | √ | |
| 3. | Correspondence to Mobley Environmental and American Ecology Corp. From Kirk Sniff dated May 3, 1999 | √ | |
| 4. | Correspondence to Zurich and Willis Coroon from Art Noel dated June 11, 1999. | √ | |
| 5. | Correspondence to Zurich and Willis Coroon from Art Noel dated June 18, 1999. | √ | |
| 6. | Correspondence to Rosemary Sage Jones from Art Noel dated June 30, 1999. | √ | |
| 7. | Correspondence to Zurich and Willis Coroon from Art Noel dated July 2, 1999. | √ | |
| 8. | Correspondence to Art Noel from Rosemary Jones Sage dated June 29, 1999 re: denial of GM request for indemnity. | √ | |
| 9. | Correspondence to Rosemary Sage Jones from Kirk Sniff dated July 12, 1999 responding to June 29 letter. | √ | |
| 10. | Rule 11 letter dated 7/27/99 from Sniff to Hilliard re settlement in *Adams*. Letter signed on 7/28/99. | √ | |
| 11. | Plaintiffs' Third Amended Petition in *Adams* | √ | |
| 12. | Complaint in *Zurich* litigation. | √ | |
| 13. | Order re prove-up of guardian ad litem's attorney's fees allocated to GM | √ | |
| * 14. | Amended Final Judgment in *Virgie Adams, et al v. Acadia Elastomers Corp., et al*, District Court, 236th District Court, Tarrant County, Texas signed by Judge on 2/10/00. | | √ |
| 15. | GM's Original Complaint in *GM v. AEC, et al*. | | √ |
| 16. | AEESC's Answer in *GM v. AEC, et al*. | | √ |
| 17. | April 21, 2000 Settlement Demand from Karen Willcutts for GM to Rosemary S. Jones for AEC. | | √ |
| 18. | AEC's Responses to First Set of Request for Admissions | | √ |
| 19. | AEESC's Response to Second Set of Requests for Admissions | | √ |

**Trial Exhibit List - Page 1**
654229 1/SP2/36122/0586/07162001

*General Motors Corporation v American Ecology Environmental Services Corp., et al*  Case No. 3:99-CV-2625-L

# PLAINTIFF GENERAL MOTORS CORPORATION'S
# TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 20. | AEESC's Objections and Responses to First Set of Requests for Admissions | | √ |
| 21. | AEC's Objections and Responses to Second Set of Interrogatories | √ | |
| 22. | Stock Purchase Agreement Dated as of May 10, 1994 By and Between American Ecology Corporation and Mobley Environmental Services, Inc. | | √ |
| 23. | Amended Stock Purchase Agreement Dated as of September 2, 1994 By and Between American Ecology Corporation and Mobley Environmental Services, Inc. | | √ |
| 24. | CV of Davis Ford, P.E. | √ | |
| 25. | List of documents provided to Davis Ford on 06/22/00. | | √ |
| 26. | Report of Expert Testimony of Davis Ford dated 06/22/00. | √ | |
| 27. | August 23, 2000 Davis Ford Expert Report with attachments. | √ | |
| 28. | 10/6/00 Davis Ford Rebuttal Report in response to Wilson and Messenger reports. | √ | |
| 29. | Rowland Fosters' Resume | √ | |
| 30. | Rowland Fosters' Terms of Engagement | | √ |
| 31. | Documents reviewed by Rowland Foster | | √ |
| 32. | Rowland Foster's billing statement and description of services rendered w/ letter transmitting same to S&P. | | √ |
| 33. | Transmittal letters between S&P and Rowland Foster in *GM v. AEC, et al.* | | √ |
| 34. | Rowland Foster's 06/23/00 Expert Report. | √ | |
| 35. | Rowland Foster's 10/06/00 Expert Report. | √ | |
| 36. | Strasburger & Price Bills/Invoices from the *Adams* litigation. | √ | |
| 37. | Redacted S&P Bills generated in *GM v. AEC/Gibraltar* matter. | √ | |
| 38. | Strasburger & Price Bill and Payment Ledger effective from 1/1/00 thru 4/13/00 for the *Adams* litigation. | √ | |
| 39. | Strasburger & Price Bill and Payment Ledger effective from 1/1/80 thru 4/13/00 for *GM v. AEC, et al.* | √ | |

**Trial Exhibit List - Page 2**
654229 1/SP2/36122/0586/07162001

*General Motors Corporation v. American Ecology Environmental Services Corp., et al.*  Case No. 3:99-CV-2625-L

# PLAINTIFF GENERAL MOTORS CORPORATION'S
# TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 40. | Zurich International Time Recap Summary by Timekeeper and Cost Recap Summary by Cost Code | | √ |
| * 41. | Final Judgment in *Virgie Adams, et al v. Acadia Elastomers Corp., et al, District Court, 236th District Court, Tarrant County, Texas* signed by Judge on 01/10/00. | | √ |
| 42. | 8/10/89 Amended Certificate of Insurance covering 12/1/88 through 12/1/89 (Natl. Fire Union) | | √ |
| 43. | 12/1/89 Certificate of Insurance covering 12/1/89 through 12/1/90 (Natl. Fire Union) | | √ |
| 44. | 12/1/89 Umbrella Liability Policy Declarations, Schedule of Underlying Insurance, and Endorsements covering 12/1/89-12/1/90 (Guaranty Natl Ins. Co w/ Natl Union as underlying insurer). | | √ |
| 45. | 12/13/89 Binder for Mobley Company's Umbrella/Excess Liability Policy covering 12/1/89 through 12/1/90 (Guaranty Natl Ins Co) | | √ |
| 46. | 12/18/89 Umbrella Liability Policy Declarations covering 12/1/89 through 12/1/90 (Guaranty Natl Ins Co). | | √ |
| 47. | 12/1/90 Common Policy and Commercial General Liability Declarations, schedules, and endorsements covering 12/1/90 through 12/1/91 (Natl Union Fire). | | √ |
| 48. | 1/30/90 Excess Umbrella Liability Policy w/ Schedule, Exclusions and Binder for Mobley covering 12/1/89 through 12/1/90 (Stonewall Surplus Lines Ins. Co). | | √ |
| 49. | 2/28/91 Policy Summary for Umbrella Liability covering 12/1/90 through 12/1/91 (Landmark American) | | √ |
| 50. | 2/28/91 Policy Summary for Umbrella Liability with attached declarations, endorsements and coverage form covering 12/1/90 through 12/1/91 (Landmark American) | | √ |
| 51. | 2/28/91 Umbrella Liability Policy Summary, Policy with exclusions and endorsements covering 12/1/90 through 12/1/91 (Stonewall Surplus) | | √ |
| 52. | 3/18/91 Umbrella Policy Declarations w/ Endorsements and Exclusions covering 12/1/90 through 12/1/91 (Guaranty Natl) | | √ |
| 53. | 3/18/91 Correspondence w/ attached policy summary for Umbrella Liability with exclusions, schedules, amendments, etc. attached covering 12/1/90 through 12/1/91 (Stonewall Surplus) | | √ |

**Trial Exhibit List - Page 3**

654229.1/SP2/36122/0586/07162001

## PLAINTIFF GENERAL MOTORS CORPORATION'S
## TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 54. | 12/1/91 Pollution Legal Liability Policy w/ declarations and endorsements covering 12/1/91 through 12/1/92 (Natl Union Fire) | | √ |
| 55. | 12/2/91 Certificate of Insurance covering 12/1/91 through 12/1/92 (Natl Union Fire) | | √ |
| 56. | 01/2/92 Policy Summary and Pollution Legal Liability Policy with 12 endorsements covering 12/1/91 through 12/1/92 (Natl Union Fire) | | √ |
| 57. | 1/10/92 Policy Summary for Umbrella Liability covering 12/1/91 through 12/1/92 (Natl Union Fire) | | √ |
| 58. | 1/10/92 Umbrella liability policy summary, declarations, endorsements, and schedules covering 12/1/91 through 12/1/92 (Natl Union Fire) | | √ |
| 59. | 11/30/92 Certificate of Insurance covering 12/1/92 through 12/1/93. | | √ |
| 60. | 12/1/93 Certificate of Insurance covering 12/1/93 through 12/1/94. | | √ |
| 61. | 8/18/93 Policy Summary and Pollution Legal Liability Policy with 18 endorsements covering 12/1/92 through 12/1/93. | | √ |
| 62. | 8/18/93 Policy Summary for Umbrella Liability covering 12/1/92 through 12/1/93 (Natl Union Fire) | | √ |
| 63. | 8/18/93 Policy Summary and Commercial Umbrella Declarations with 13 endorsements and Commercial Umbrella Policy Form covering 12/1/92 through 12/1/93 (Natl Union Fire). | | √ |
| 64. | 12/1/93 Policy Summary for Commercial General Liability Coverage with declarations, endorsements, exclusions, etc. covering 12/1/93 through 12/1/94. | | √ |
| 65. | 12/2/93 Certificate of Insurance covering 12/1/93 through 12/1/94. | | √ |
| 66. | 3/94 Policy Summary and Pollution Legal Liability Policy with 23 endorsements covering 12/2/93 through 12/1/94. | | √ |
| 67. | 6/8/94 Environmental Impairment Liability Policy with endorsements covering 3/31/94 through 3/31/95. | | √ |
| 68. | 12/1/94 Certificate of Insurance covering 12/1/94 through 12/1/95. | | √ |
| 69. | 4/20/95 Certificate of Insurance covering 12/12/94 through 12/12/95 (Illinois Natl) | | √ |
| 70. | 12/12/94 Insurance Endorsement. | | √ |

**Trial Exhibit List - Page 4**

*General Motors Corporation v. American Ecology Environmental Services Corp., et al*  Case No 3 99-CV-2625-L

# PLAINTIFF GENERAL MOTORS CORPORATION'S
# TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 71. | 6/1/95 Environmental Impairment Liability Policy with endorsements covering 3/31/95 through 3/31/96 (Zurich). | | √ |
| 72. | 9/11/95 Certificate of Insurance covering 3/31/95 through 3/31/96 (Zurich). | | √ |
| 73. | 9/11/95 Certificate of Insurance with endorsements covering 3/31/95 through 3/31/96 (Zurich). | | √ |
| 74. | 5/6/96 Environmental Impairment Liability Policy with endorsements and Binder Memorandum and Addendum covering 3/31/96 through 3/31/97 (Zurich). | √ | |
| 75. | 3/25/93 TACB Violation Form and Notice of Violation | √ | |
| 76. | TACB 9/16/92 Notice of Violation | | √ |
| 77. | Multiple TACB Violation Forms | | √ |
| 78. | Letter from William Sanjour, U.S. EPA to Carol Browner, Administrator, U.S. EPA re: EPA bending over backwards to allow the facility with a terrible record of violations to continue its operations. | | √ |
| 79. | Accident Emissions and Community Relations Efforts dated 3/18/93 | | √ |
| 80. | Compliance - Violations/Orders/Agreed Judgments chart listing violations in chronological order from 3/84 - 2/96. | | √ |
| 81. | Chart of Compliance History from 3/84 - 1/98. | | √ |
| 82. | Request for Legal Action from TACB to Attorney General - Air Compliance Summary | | √ |
| 83. | Chronology of Events (chart with all NOV, spill notifications, investigations, etc.) for 6/80 - 3/96. | | √ |
| 84. | Letter 12/28/89 and attachments from David to Mobley re complaint, compliance order and notice of opportunity for hearing | | √ |
| 85. | TNRCC Compliance Summary dated 7/31/95 | | √ |
| 86. | TNRCC Compliance History dated 9/95 | | √ |
| 87. | Agreed Final Order dated 7/20/93 listing changes in Gibraltar Waste Analysis Plan | | √ |
| 88. | Computer generated List of Violations dated 2/6/96 | | √ |

**Trial Exhibit List - Page 5**

654229.1/SP2/36122/0586/07162001

*General Motors Corporation v American Ecology Environmental Services Corp, et al*   Case No. 3.99-CV-2625-L

# PLAINTIFF GENERAL MOTORS CORPORATION'S
# TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 89. | List of Alleged Violations found at facility during inspection by TNRCC on 4/6/94. | | √ |
| 90. | Investigation Summary by TNRCC on various days in July 1994. | | √ |
| 91. | Investigation Summary by TNRCC during 12/94, 1/95 and 2/95. | | √ |
| 92. | Mike Brashear (TWC) letter 7/12/93 to Art Fokakis re: inspection of facility on 7/2/93. | | √ |
| 93. | TWC Interoffice Memo dated 7/12/93 re: on-site inspection on 6/23 and 7/2/93. | | √ |
| 94. | TWC Inspection Cover Sheet for 6/23 and 7/2/93 inspection | | √ |
| 95. | Facility Record Review Checklist for TWC inspection. | | √ |
| 96. | TWC Facility Site Inspection Sheet for 6/23 and 7/2/93 inspection. | | √ |
| 97. | TWC Solid Waste Inspection Report/Permit Compliance Checklist (no date) | | √ |
| 98. | Various TWC Inspection Check Lists (presumably for 6/23 & 7/2/93 inspection) | | √ |
| 99. | Map No. 1 - Permitted Unit No. 2; Map No. 2 - Swale and Sump., Map No. 3 - Old Processing Pad | | √ |
| 100. | Black & white photos taken at facility by TWC | | √ |
| 101. | Attachment 5 - 1/4/91, 8/10/92, 10/9/92 and 7/14/93 letters to TWC from Gibraltar giving a Notice of Noncompliance at the facility. | | √ |
| 102. | Attachment 4-manifest and supporting documents for 9/93 incident. | | √ |
| 103. | Attachment 8-GM Waste profile dated 9/7/93. | | √ |
| 104. | TNRCC Interoffice Memo dated 9/21/93 re: investigation of reaction of T-230 on 9/13-16/93. | | √ |
| 105. | Various handwritten notes, lab data reports, and spill reporting forms | | √ |
| 106. | TACB violation form dated 6/22/95. | | √ |
| 107. | TACB violation form dated 6/8/95. | | √ |
| 108. | Letter 5/12/95 re Notice of Trigger Level Exceedance, May 9, 1995 | | √ |
| 109. | Email 1/9/93 re meeting with Sue Sung of Trinity Consultants. | | √ |

**Trial Exhibit List - Page 6**

*General Motors Corporation v American Ecology Environmental Services Corp., et al*  Case No 3.99-CV-2625-L

# PLAINTIFF GENERAL MOTORS CORPORATION'S
# TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 110. | Letter 06/14/93 to TWC re spill report | | √ |
| 111. | Letter 9/23/93 to TNRCC re Release Report | | √ |
| 112. | TNRCC memo re: Gibraltar Account No. SK-0057-E | | √ |
| 113. | Solvent Recovery Daily Inventory dated 9/7/93 involving GM waste. | | √ |
| 114. | Solvent Recovery Daily Inventory dated 9/8/93 involving GM waste. | | √ |
| 115. | Solvent Recovery Daily Inventory dated 9/9/93 involving GM waste. | | √ |
| 116. | Production sample dated 9/9/93 for waste from GM-Shreveport | | √ |
| 117. | Still run dated 9/7/93 re: GM Shreveport waste. | | √ |
| 118. | Chronology of Events involving incident with T-230 on 9/9/93. | | √ |
| 119. | Memo dated 9/18/93 re: 9/9/93 incident. | | √ |
| 120. | Trinity Consultants Memo with resources area map re: 9/9/93 incident. | | √ |
| 121. | Letter 8/19/92 and handwritten notes to Camilleri from T. Grisham re: GM receiving report. | | √ |
| 122. | Memo 9/26/89 from Tom Grisham to Distribution re Customer Waste Sent to Marine Shale | | √ |
| 123. | Daily inventory reports which reference GM. | | √ |
| 124. | SF Inbound Report that references GM.. | | √ |
| 125. | Memo 1/31/94 re contracts with restrictions concerning several companies including GM. | | √ |
| 126. | Memo dated 1/8/93 re: release occurring at facility on 1/7/93 at approximately 2:00 pm. | | √ |
| 127. | Conference record 5/6/92 re: TACB notice of violation for nuisance odor | | √ |
| 128. | Safety inspection scores for deepwell | | √ |
| 129. | Major Amendment Notes dated 10/25/90 pertaining to Solids Grinding Systems. | | √ |
| 130. | Waste Master report involving General Motors waste. | | √ |

**Trial Exhibit List - Page 7**

654229 1/SP2/36122/0586/07162001

*General Motors Corporation v. American Ecology Environmental Services Corp., et al*      Case No. 3 99-CV-2625-L

# PLAINTIFF GENERAL MOTORS CORPORATION'S
# TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 131. | Memo 1/16/95 re approval changes involving General Motors waste. | | √ |
| 132. | Memo re customer handling requirements and restrictions with chart dated 10/27/94 showing customer restrictions. | | √ |
| 133. | Memo re customer handling requirements and restrictions with chart dated 10/11/94 showing customer restrictions. | | √ |
| 134. | Miscellaneous analysis logs, production samples and transportation tickets that reference General Motors as the Generator. | | √ |
| * 135. | General Release (First Group of Settling Defendants) - *Virgie Adams, et al v. Acadia Elastomers Corp., et al*, District Court, 236th District Court, Tarrant County, Texas | | √ |
| 136. | Letter 5/13/99 from Hilliard to Sniff re settlement negotiations | √ | |
| 137. | Letter 6/7/99 from Hilliard to Sniff re settlement demand | √ | |
| 138. | Letter 6/15/99 from Hilliard to Sniff re settlement demand | √ | |
| 139. | Letter 8/2/99 from Kisner to Quinlan re settlement | | √ |
| 140. | Letter 8/10/99 from Sniff to generator defendants' counsel re settlement | | √ |
| 141. | Letter 8/13/99 from Sniff to Mobley and AEC re settlement | | √ |
| 142. | Environmental Resource Management's Commercial hazardous Waste Facility Evaluation on Gibraltar. | | √ |
| 143. | GM's Plant Environment/Environmental Activities Staff's Transporter and Waste Management Facility. | | √ |
| 144. | Argonaut AEC Waste Management Services/GMC Hazardous Waste Management Facility Summary on Gibraltar. | | √ |
| 145. | Argonaut AEC Waste Management Services/GMC Hazardous Waste Management Facility Summary on Gibraltar. | | √ |
| 146. | Argonaut AEC Waste Management Services/GMC Hazardous Waste Management Facility Summary on Gibraltar. | | √ |
| 147. | Plant Environment Environmental Activities Staff/General Motors Corporation's Transporter and Waste Management Facility Evaluation of Gibralter. | | √ |

Trial Exhibit List - Page 8

654229 1/SP2/36122/0586/07162001

*General Motors Corporation v. American Ecology Environmental Services Corp., et al.*  Case No 3 99-CV-2625-L

## PLAINTIFF GENERAL MOTORS CORPORATION'S
## TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 148. | ENSR information re: audit performed on behalf of WSIG. | | √ |
| 149. | Gibraltar Facility Audit Information. | | √ |
| 150. | Radian Corporations Audit Report titled *Hazardous Waste Facility Audit & Risk Assessment Volume I* dated 11/18/93. | | √ |
| 151. | Radian Corporation's audit report of Gibraltar titled *Hazardous Waste Facility Audit & Risk Assessment Volume II Audit Checklist & Supporting Documentation* (11/18/93). | | √ |
| 152. | ENSR's Hazardous Waste Facility Audit of Gibraltar - Vol. 1. | | √ |
| 153. | ENSR's Hazardous Waste Facility Audit of Gibraltar - Vol. 2. | | √ |
| 154. | Plaintiffs Medical data chart from *Adams* litigation. | | √ |
| 155. | Correspondence dated April 5, 1994 to Mr. Steve Mason of Contingency Planning Section (6E-EP) regarding Response to Information Pursuant to Section 104 of CERCLA with attachments 1-6. | | √ |
| 156. | Violation Review; List of Violations against AEC, Compliance History/Summaries. | | √ |
| 157. | Fax coversheet to Kirk Sniff from Robert C. Hilliard with an attached revised page 6 of the Final Judgment. | | √ |
| 158. | Facsimile dated November 4, 1999 to Delwin Hervey from Ashley T. Kisner re: response to John Quinlan's letter of November 1, 1999. | | √ |
| 159. | November 30, 1993 handwritten thank you note to Chuck Wyrick from facility re: his visit to Gibraltar and the housekeeping issues he raised. | | √ |
| 160. | Correspondence to Rosemary Sage Jones from Kirk Sniff dated April 8, 1999 re: obtaining copies of insurance certificates and policies. | | √ |
| 161. | Correspondence to Art Noel from Zurich dated July 20, 1999. | | √ |
| 162. | Correspondence to Art Noel from Zurich dated September 29, 1999 re: letter of 9/3/99 requesting them to reconsider their position. | | √ |
| 163. | Correspondence to Rosemary Sage Jones from Karen Willcutts dated April 24, 2000 enclosing Plea in Intervention and demanding indemnity. | | √ |
| 164. | Correspondence dated August 15, 1997 to Charles E. Brown regarding enclosing a "Settlement Authority" | | √ |

**Trial Exhibit List - Page 9**

*General Motors Corporation v American Ecology Environmental Services Corp., et al*    Case No 3 99-CV-2625-L

## PLAINTIFF GENERAL MOTORS CORPORATION'S
## TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 165. | Memorandum/status report to Charlie Brown from Steven L. Dickerson dated November 24, 1998. [Redacted version] | | √ |
| 166. | Correspondence dated December 7, 1998 to Charles Brown from Steven Dickerson informing that Bob Hilliard would be available on the 10th and 11th should they wish to discuss settlement negotiations. | | √ |
| 167. | Correspondence dated June 16, 1999 to Art Noel from Kirk Sniff enclosing a Rule 11 Agreement evidencing Texaco's settlement in the *Adams* case and also enclosing a letter from Bob Hilliard reminding of his settlement deadline. | | √ |
| 168. | Fax coversheet with an attached correspondence dated July 22, 1999 to Art Noel from Kirk Sniff regarding status of settlement negotiations between GM and the plaintiffs. | | √ |
| 169. | Invoices of Davis Ford services provided from June 30, 2000 through October 31, 2000. (Produced at Davis Ford Deposition) | | √ |
| 170. | Gibraltar Chemical Resources Spill Reporting Form dated 10/10/93. | | √ |
| 171. | Gibraltar Chemical Resources Spill Reporting Form dated 10/25/93 | | √ |
| 172. | Gibraltar Chemical Resources, Inc. Supervisor's Incident Investigation Report sent to Art Fokakis from Lynn Goldston. dated 09/16/93 | | √ |
| 173. | Gibraltar Chemical Resources Spill Reporting Form dated 09/15/93 | | √ |
| 174. | Handwritten notes received from John Boles on 06/23/93, e-mail message from Lynn Goldston dated 06/18/93 to Art Fokakis re: T-127 problem of 06/14/93, e-mail message form Bob Mann to Art Fokakis regarding T-102, T-127 Fumes, e-mail message from Ed Conley to Art Fokakis dated 06/21/93 regarding Tanks 102 and 127, e-mail message from Ed Conley to Art Fokakis dated 06/22/93 regarding Tank 102 and 127. | | √ |
| 175. | Memorandum from Adrienne Crain to Bob Mann dated 06/15/93 regarding T-102 and T-127. | | √ |
| 176. | Article titled, "Blast at Gibraltar Tanks Quickly Handled, Firm Says", Investigation Summary dated 07/10/92, Investigation/Violation Form dated 07/14/92, Investigation summary with a stamped date of 07/30/92 and an area map. | | √ |
| 177. | Incident report regarding an incident dated 10/18/91. | | √ |
| 178. | Hazardous Waste Manifest #00131597. Generator: Truck & Bus Shreveport Plant. | | √ |

Trial Exhibit List - Page 10

654229 1/SP2/36122/0586/07162001

*General Motors Corporation v. American Ecology Environmental Services Corp., et al.*  Case No. 3:99-CV-2625-L

## PLAINTIFF GENERAL MOTORS CORPORATION'S
## TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 179. | 03/14/90 GCR Memo to Supervisors from James Waldron re: difficulty identifying origin waste drums. | | √ |
| 180. | 10/6/93 Memo to Tom Kurkjy and Lynn Goldston from Kevin Bittner re GM Bi-Annual Report and problems with GM waste being sent to Rollins and USPCI, both unapproved GM outlets. | √ | |
| 181. | Gibraltar tracking sheet with deepwell sample analysis data attached involving waste from GM Mexico facility (DELMEX). HWCDF# 030590. | | √ |
| 182. | Deepwell sample analysis data involving waste from GM Mexico facility (DELMEX). HWCDF# 030591. | | √ |
| 183. | Hazardous Waste Manifest #00131597 dated 01/11/93. | | √ |
| 184. | Uniform Hazardous Waste Manifest dated 10/5/96 - Generator: Delphi | | √ |
| 185. | 3/1/90 ltr. to Brian Bond (GM) from T. Grisham certifying that no GM waste has been deepwell injected. | √ | |
| 186. | S&P bills in GM v. AEC from October 2000 through April 2001. | | √ |
| 187. | S&P bill in GM v. AEC dated 6/20/01 for time billed in May 2001. | | √ |
| 188. | 12/12/90 ltr. to Tom Grisham (GCR) from Larry Camiller re: certificate of insurance. | | √ |
| 189. | 12/20/90 ltr. to Tom Grisham (GCR) from Larry Camilleri re: deficiencies in certificate of insurance. | | √ |
| 190. | 9/25/90 ltr. to Tom Grisham (GCR) from Larry Camilleri re: pricing information and other proposals. | | √ |
| 191. | Certificate of Insurance dated 09/11/95 | | √ |
| 192. | Letter dated 6/12/97 to Toni Graham (AEC) from Linda Kriss (Johnson & Higgins) re: additional insureds | | √ |
| 193. | Memo, correspondence and documentation re: EPA Criminal Investigation involving GM (Delnosa) waste. | | √ |

**Trial Exhibit List - Page 11**

*General Motors Corporation v. American Ecology Environmental Services Corp., et al*  Case No 3 99-CV-2625-L

# PLAINTIFF GENERAL MOTORS CORPORATION'S
# TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 194. | Letter dated 02/21/97 to Rob Trimble from Efren Ordonez (EPA) re: EPA investigation. | | √ |
| 195. | Reports of EPA Criminal Investigations at Gibraltar. | | √ |
| 196. | June 29, 1989 letter to Lou Lynch (Marsh & McLennan) from Betty Schnack enclosing changes requested by GM on insurance certificate. | | √ |
| 197. | July 27, 1989 cover letter to Marvin Asbury (GM) from Betty Schnack enclosing permits. | | √ |
| 198. | August 9, 1989 ltr. to T. Grisham from D.C. Mackey (GM) commenting on certificate of insurance. | | √ |
| 199. | October 4, 1989 ltr. to T. Grisham from L. Camilleri re: corporate purchase agreement. | | √ |
| 200. | December 18, 1989 Internal facility memorandum re: GM Process Completion Compliance Certificate w/ attached 10/17/89 memo w/ handwritten notes and sample form of certificate. | | √ |
| 201. | Fax cover to Lou Lynch from Betty Schnack transmitting April 3, 1990 ltr. to T. Grisham from L. Camilleri re: problems with current certificate of insurance as established in corporate purchase agreement #3837. | | √ |
| 202. | September 25, 1990 letter to T. Grisham from L. Camilleri re: pricing attachment and other proposals by facility. | | √ |
| 203. | October 11, 1990 letter to T. Grisham from L. Camilleri re: fuel surcharges. | | √ |
| 204. | December 12, 1990 letter to T. Grisham from L. Camilleri re: insurance certificate. | | √ |
| 205. | April 11, 1991 letter to L. Camilleri from T. Grisham re: off-site services. | | √ |
| 206. | April 15, 1991 letter to T. Grisham from L. Camilleri re: additional off-site facilities. | | √ |
| 207. | June 23, 1992 letter to M. Jackson (GM) from B. Schnack re: Certificate of Insurance. | | √ |
| 208. | March 26, 1993 letter to M. Jackson (GM) from B. Schnack enclosing certificate of insurance. | | √ |
| 209. | General Motors Sales History Summary as of 5/31/93 w/ attached pricing attachments. | | √ |

*General Motors Corporation v American Ecology Environmental Services Corp , et al.*        Case No. 3 99-CV-2625-L

## PLAINTIFF GENERAL MOTORS CORPORATION'S
## TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 210. | September 2, 1993 letter to L. Camilleri from K. Bittner re: adding outlet Rollins and USPCI to approved list. | | √ |
| 211. | September 9, 1993 letter to K. Bittner from L. Camilleri stating that GM will not allow Rollins to be added to approved list of outside vendors. | | √ |
| 212. | 7/25/96 letter to Camilleri from Marchand requesting permission to amend Corporate Purchase Agreement to add various vendors to the approved outlet list. | | √ |
| 213. | 8/16/96 letter to Marchand from Camilleri agreeing to add all vendors to approved list except Rollins. | | √ |
| 214. | Mitcheal D. Wilson deposition Vol. I (Tangee/Akzo/Steich v. GCR/Williams) 09/26/96 | | √ |
| 215. | Mitcheal D. Wilson deposition Vol. II (Tangee/Akzo/Steich v. GCR/Williams) 09/27/96 | | √ |
| 216. | Mitcheal D. Wilson deposition Vol. III (Steich v. AEESC/GCR) 10/14/97 | | √ |
| 217. | Mitcheal D. Wilson deposition (Erwin v. GCR/Mobley) 02/07/94 | | √ |
| 218. | Mitcheal D. Wilson deposition (Adams v. AEESC/GCR/Motheral) 09/11/98 | | √ |
| 219. | GCR, Inc. Alleged violation of Environmental Regulation at permitted TSDF (January 1, 1989 through August 25, 1994) | | √ |
| 220. | 4/5/94 response to Information pursuant to Section 104 of CERCLA. Prepared by Mitch Wilson. Aarea map attached. | | √ |
| 221. | Condensed miniscript deposition of Michelle McFaddin Atwell 9/20/99 and evidentiary exhibits | | √ |
| 222. | 10/27/93 Report from Jones and Neuse, Inc. (attached also to Radian Report) | | √ |
| 223. | 6/15/93 Letter to Camilleri from Grisham re: extending environmental services to the GM facilities in Mexico. | | √ |
| 224. | February 12, 1993 Letter to Customers from Kitto & Grisham re: recent WFAA TV series on Gibraltar. | | √ |
| 225. | March 1993 Handwritten notes and memos re Operation Chemical Storm and picketing at GM Arlington plant. | | √ |

**Trial Exhibit List - Page 13**



*General Motors Corporation v American Ecology Environmental Services Corp., et al*                                Case No. 3.99-CV-2625-L

# PLAINTIFF GENERAL MOTORS CORPORATION'S
# TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 226. | Map showing that most toxic waste shipped into Gibraltar comes from out of state and Mexico. | | √ |
| 227. | Skeleten drawing - A Whole New Meaning to "Talking Trash." | | √ |
| 228. | June 29, 1999 Report of Colin J. Baynes, Ph.D. in the *Adams* litigation. | | √ |
| 229. | June 30, 1999 Report of Leo Weitzman, Ph.D. in the *Adams* litigation. | | √ |
| 230. | July 2, 1999 Report of William Sawyer, PhD in the *Adams* litigation. | | √ |
| 231. | June 29, 1999 draft report of William Sawyer, PhD with attached CV. | | √ |
| 232. | Handwritten notes of deposition of Rowland Foster and Art Noel and telephone conference with Tracy Crawford. Typed notes of telephone conference with Rosemary Jones, Brian Craft and Walter Conrad. | | √ |
| 233. | July 3, 2001 supplemental report prepared by Rowland Foster. | √ | |
| 234. | Gibraltar Chemical Resources, Inc. Compliance with Laws - "Alleged violations of Environmental Regulations at permitted TSDF" January 1, 1989 through August 25, 1994. Written by Mitch Wilson. | | √ |
| 235. | Master List of GCR Regulatory Issues (58 page chart). | | √ |
| 236. | General Characterization Data and Approvals of Generator: Fisher Guide Div. Indicates that 40% routed to Deepwell | | √ |
| 237. | GCR Tracking Procedure Sheet dated 09/16/88 re: Waste from Fisher Guide Div. of GM. | | √ |
| 238. | AEC's Minutes to Board of Directors Meeting on 05/10/94. | | √ |
| 239. | AEC's Minutes to Board of Directors Meeting on 05/26/94. | | √ |
| 240. | October 31, 1989 letter to Charles Munson (attorney) from RR Commission of TX requesting documents needed to continue investigation of Gibraltar facility in Winona, TX. | | √ |
| 241. | October 17, 1989 memo from Grisham re: requirement to complete Process Completion Compliance Certificate for all GM waste. | | √ |
| 242. | AEC's Minutes to Board of Directors Meeting on 07/19/96. | | √ |
| 243. | Affidavit of Robert C. Hilliard dated February 26, 2001. | | √ |

Trial Exhibit List - Page 14

*General Motors Corporation v American Ecology Environmental Services Corp., et al.*  Case No 3 99-CV-2625-L

## PLAINTIFF GENERAL MOTORS CORPORATION'S
## TRIAL EXHIBIT LIST

| Exhibit Number | Description | "Expect" to offer | "May" offer if need arises |
|---|---|---|---|
| 244. | June 28, 1988 letter to Grisham from Clay Martin giving GM's decision not to add Gibraltar as a hazardous waste contractor due to their use of the "deepwell injection" method. | | √ |
| 245. | 9/9/93 Incident Report from Jack Robinson re: incident with Tank 230 which contained waste from GM-Shreveport. | | √ |
| 246. | Gibraltar Tracking Procedure dated June 7, 1991 related to waste from Packard Electric. Indicates that waste will be deepwell injected. | | √ |
| | Additional S&P attorney fees invoices that will be generated in current litigation. | | √ |

**Trial Exhibit List - Page 15**

654229 1/SP2/36122/0586/07162001