ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 16 2001

CLERK, U.S. DISTRICT
By _____
Deputy

| | |
|---|---|
| **GENERAL MOTORS CORPORATION** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | |
| § | **CIVIL ACTION NO. 3-99CV2625-L** |
| **AMERICAN ECOLOGY** § | |
| **ENVIRONMENTAL SERVICES CORP.** § | |
| **f/k/a GIBRALTAR CHEMICAL** § | |
| **RESOURCES, INC. AND AMERICAN** § | |
| **ECOLOGY CORP.** § | |
| **Defendants.** § | |

**DEFENDANTS' TRIAL EXHIBIT LIST**

Pursuant to the Court's December 12, 2000 Revised Scheduling Order, Defendants, American

Ecology Environmental Services Corporation f/k/a Gibraltar Chemical Resources, Inc. and American

Ecology Corporation, submit the following list of exhibits which they may introduce into evidence

at the trial of this case.

Respectfully submitted,

_____

**TRACY CRAWFORD**
State Bar No. 05024000

**ROSEMARY SAGE JONES**
State Bar No. 17519275

**R. BRIAN CRAFT**
State Bar Card No. 04972020

**RAMEY & FLOCK, P.C.**
500 First Place
P. O. Box 629
Tyler, Texas  75710
903/597-3301
FAX:  903/597-2413

ATTORNEYS FOR AMERICAN ECOLOGY
ENVIRONMENTAL SERVICES CORPORATION AND
AMERICAN ECOLOGY CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was hand-delivered to Mr. Kirk F. Sniff, Ms. Karen Brown Willcutts and Ms. Ashley T. Kisner, Plaintiffs' counsel of record, on this the 16th day of July, 2001.

_____
Ingrid S. Young
Legal Assistant to Tracy Crawford

## DEFENDANTS' TRIAL EXHIBITS

1. Environmental Resources Management, Inc. Commercial Hazardous Waste Facility Evaluation on Gibraltar Chemical Resources for 08/23/85 inspection
Bates Stamp Nos. P 01664 - P 01790

2. General Motors Corporation Plant Environment Environmental Activities Staff Transporter and Waste Management Facility Evaluation for 05/01/87 Visit to GCR
Bates Stamp Nos. P 01822 - P 01833

3. General Motors Corporation Plant Environment Environmental Activities Staff Transporter and Waste Management Facility Evaluation for 11/21/88 Visit to GCR
Bates Stamp Nos. P 01834 - P 01848

4. General Motors Corporation Argonaut AEC Waste Management Services Hazardous Waste Management Facility Summary for 03/16 - 17/89 Visit to GSX Services of SC, Inc.
Bates Stamp Nos. P 01807 - P 01812

5. 08/04/89 Karen M. Bozman (ENSR) letter to Betty Schnack (GCR) re: Waste Site Inspection Group (WSIG) TSDF Audit Program with Attachments A - C
Bates Stamp Nos. GM 001392 - 001403

6. 09/20/89 General Motors Corporation Corporate Purchase Agreement No. 3837 with Gibraltar Chemical Resources, Inc.
Bates Stamp Nos. GM 000315 - 000370

7. General Motors Corporation Argonaut AEC Waste Management Services Hazardous Waste Management Facility Summary for 10/24/89 Visit to GCR
Bates Stamp Nos. P 01813 - P 01821

8. 01/90 ENSR Consulting and Engineering, Inc. Waste Facility Audit of Gibraltar Chemical Resources, Inc.2 prepared for The Waste Site Inspection Group
Bates Stamp Nos. P 03016 - P 03781
   a. Volume 1
   b. Volume 2

9. 03/01/90 T.L. Grisham (GCR) letter to Brian Bond (GM) regarding Gibraltar Chemical Resources, Inc. certification no General Motors waste will be deep well injected
Bates Stamp No. GM 000228

10. General Motors Corporation Plant Environment Environmental Activities Staff Transporter and Waste Management Facility Evaluation for 03/01/90 Visit to GCR
Bates Stamp Nos. P 01791 - P 01803

11.    07/10/90 Larry Camilleri (GM) letter to Hazardous Waste Contractors regarding reporting requirement for 1990 - 1st half
       Bates Stamp No. GM 000561

12.    08/22/90 handwritten note regarding Larry Camilleri/Larry Cottrell
       Bates Stamp Nos. GM 000550A

13.    09/25/90 Lawrence Camilleri (GM) letter to Tom L. Grisham (GCR) regarding General Motor's counter offers and comments to 09/06/90 letter
       Bates Stamp Nos. GM 000441 - 000442

14.    11/01/90 General Motors Corporation Corporate Purchase Contract No. 3837 Amendment No. 1
       Bates Stamp Nos. P 04905 - P 04906

15.    12/12/90 Lawrence Camilleri (GM) letter to Tom Grisham (GCR) regarding Gibraltar Chemical Resources, Inc. certificate of insurance for 1991
       Bates Stamp Nos. GM 000234 - 000235

16.    12/20/90 Lawrence Camilleri (GM) letter to Tom Grisham (GCR) regarding Gibraltar Chemical Resources, Inc. certificate of insurance for 1991
       Bates Stamp No. GM 000440

17.    07/17/91 General Motors Corporation Corporate Purchase Contract No. 3837 Amendment No. 2
       Bates Stamp Nos. P 04907 - P 04916

18.    General Motors Corporation Argonaut AEC Waste Management Services Hazardous Waste Management Facility Summary for 11/14/91 Visit to GCR
       Bates Stamp Nos. P 01804 - P 01806

19.    10/05/92 Lawrence Camilleri (GM) letter to Tom Grisham (GCR) regarding 07/01/91 - 12/31/91 and 01/01/92 - 07/01/92 Gibraltar Chemical Resources, Inc. sales activity reports
       Bates Stamp No. 000204

20.    08/11/93 General Motors Corporation Corporate Purchase Contract No. 3837 Amendment No. 3 with Exhibit G - Mobley Environmental Services, Inc. Continuing Guaranty
       Bates Stamp Nos. P 04917 - P 04918

21.    09/93 Gibraltar Chemical Resources, Inc. Facility Audit Information
       Bates Stamp Nos. P 01874 - P 02174

22.  09/09/93 General Motors Corporation Corporate Purchase Contract No. 3837 Amendment No. 4
     Bates Stamp Nos. P 04919 - P 04920

23.  03/30/94 Elizabeth Milbrath (Radian) letter to Chuck Wyrick forwarding 03/94 audit report regarding 11/18/93 Gibraltar Chemical Resources, Inc. inspection
     Bates Stamp Nos. P 02175

24.  03/94 Radian Corporation Hazardous Waste Facility Audit & Risk Assessment of Gibraltar Chemical Resources, Inc. prepared for The Waste Site Inspection Group
     Bates Stamp Nos. P 02176 - P 03015
     a.     Volume I:     Summary Report
     b.     Volume II:    Audit Check & Supporting Documents

25.  09/29/95 Stephen L. Mobley (AEC) letter to Lawrence Camilleri (GM) regarding changing GM Corporate Purchase Agreement No. 3837 to reflect acquisition of GCR by AEC
     Bates Stamp Nos. GM 000371 - 000383

26.  11/27/95 General Motors Corporation Corporate Purchase Contract No. 3837 Amendment No. 5
     Bates Stamp Nos. P 04921 - P 04923

27.  08/16/96 Lawrence Camilleri (GM) letter to Robert L. Marchand (AEC) regarding General Motors Corporation Corporate Purchase Contract No. 3837 Amendment
     Bates Stamp No. P 04924

28.  08/16/96 General Motors Corporation Corporate Purchase Contract No. 3837 Amendment No. 7
     Bates Stamp Nos. P 04925 - P 04926

29.  American Ecology Corporation Certificates of Insurance:
     a.     04/20/95                    Bates Stamp Nos. GM 000381 - 000383
     b.     09/11/95                    Bates Stamp Nos. GM 000378 - 000380

30.  06/12/97 Linda W. Kriss (Johnson & Higgins) letter to Toni Graham (AEC) regarding Zurich response to adding additional insureds on AEC policies
     Robert Trimble Deposition Exhibit No. 6

31.  Affidavit of Toni Graham attached to Joint Response to GM's Motion for Summary Judgment (and Counter-Motion for Summary Judgment) and Brief in Support of (1) Joint Response to GM's Motion for Summary Judgment and (2) The Defendants' Counter-Motion for Summary Judgment

32.  10/24/96 Plaintiffs' Second Amended Original Petition in *Adams* litigation

33. Plaintiffs' Third Amended Petition in *Adams* litigation:
    a. 06/18/99 Plaintiffs' Third Amended Petition
    b. 08/13/99 Plaintiff's Supplement to Third Amended Petition

34. 08/15/97 Steven L. Dickerson (Strasburger & Price) letter to Charles E. Brown (GM) regarding circulation of "Settlement Authority" form in *Adams* litigation
    Bates Stamp Nos. P 04999 - P 05002

35. 05/26/98 Steven L. Dickerson (Strasburger & Price) status report letter to Charles E. Brown (GM) regarding settlement discussions in *Adams* litigation
    Bates Stamp Nos. P 05003 - P 05005

36. 11/24/98 Steven L. Dickerson (Strasburger & Price) redacted Status Report to Charles E. Brown (GM) in *Adams* litigation
    Bates Stamp Nos. P 05006 - P 05009

37. 12/07/98 Steven L. Dickerson (Strasburger & Price) letter to Charles E. Brown (GM) regarding settlement negotiations in *Adams* litigation
    Bates Stamp No. P 05010

38. 04/21/99 Kirk F. Sniff (Strasburger & Price) letter to Phillip Chattin (AEC) scheduling meeting regarding indemnifying General Motors

39. 05/03/99 Kirk F. Sniff (Strasburger & Price) letter to Howard Rose (MESI) and Phillip Chattin (AEC) regarding indemnifying General Motors
    Bates Stamp Nos. GM-Adams Corres. 000001 - 000004

40. 05/13/99 Robert C. Hilliard (Hilliard & Munoz) letter to Kirk F. Sniff (Strasburger & Price) regarding continuing settlement negotiations with General Motors
    Bates Stamp No. P 01306

41. 06/07/99 Robert C. Hilliard (Hilliard & Munoz) letter to Kirk F. Sniff (Strasburger & Price) regarding $1,500,000.00 settlement demand to General Motors
    Bates Stamp No. GM-Adams Corres. 000008

42. 06/11/99 Artis M. Noel (GM) letter to Zurich Insurance Company and Willis Coroon Marine & Energy/Americas, Inc. regarding indemnifying General Motors
    Bates Stamp Nos. GM-Adams Corres. 000005 - 000007

43. 06/15/99 Robert C. Hilliard (Hilliard & Munoz) letter to Kirk F. Sniff (Strasburger & Price) regarding General Motors settlement offer deadline
    Bates Stamp No. P 05013

44.   06/16/99 Kirk F. Sniff (Strasburger & Price) letter to Art Noel (GM) regarding Texaco settlement Rule 11 Agreement in *Adams* litigation
      Bates Stamp Nos. P 05011 - P 05012

45.   06/18/99 Artis M. Noel (GM) letter to Zurich Insurance Company and Willis Coroon Marine & Energy/Americas, Inc. following-up to 06/11/99 letter
      Bates Stamp Nos. P 04967 - P 04971

46.   06/29/99 Rosemary Jones (Strasburger & Price) letter to Artis Noel (GM) regarding clients declining GM indemnity claims
      Bates Stamp No. GM-Adams Corres. 000009

47.   06/30/99 Artis M. Noel (GM) letter to Rosemary Jones regarding decision to refuse to indemnify General Motors
      Bates Stamp Nos. GM-Adams Corres. 000010 - 000011

48.   07/02/99 Artis M. Noel (GM) letter to Zurich Insurance Company and Willis Coroon Marine & Energy/Americas, Inc. regarding third request to indemnify General Motors
      Bates Stamp Nos. P 04975 - P 04976

49.   07/12/99 Kirk F. Sniff (Strasburger & Price) letter to Rosemary Jones responding to 06/29/99 letter
      Bates Stamp Nos. GM-Adams Corres. 000012 - 000017

50.   07/20/99 Ali Hyderi (Zurich) letter to Artis Noel (GM) regarding receipt of request for coverage under PLC Policy 6820850 issued to American Ecology Corporation
      Bates Stamp Nos. P 04983 - P 04984

51.   07/22/99 Kirk F. Sniff (Strasburger & Price) draft redacted status report letter to Art Noel (GM) regarding settlement negotiations in *Adams* litigation
      Bates Stamp Nos. P 05014 - P 05021

52.   07/27/99 Kirk F. Sniff (Strasburger & Price) letter to Robert C. Hilliard (Hilliard & Munoz) regarding GM settlement in *Adams* litigation
      Bates Stamp Nos. P 01310 - P 01311

53.   08/02/99 Kirk F. Sniff (Strasburger & Price) letter to Charles E. Brown (GM) regarding settlement of *Adams* litigation
      Bates Stamp No. P 05022

54.   08/10/99 Ashley T. Kisner (Strasburger & Price) letter to Art Noel and Andy Segovia (GM) regarding draft Settlement Agreement in *Adams* litigation
      Bates Stamp No. P 05023

55.    08/13/99 Kirk F. Sniff (Strasburger & Price) letter to Howard Rose (MESI) and Phillip
       Chattin (AEC) regarding 08/18/99 deadline to indemnify General Motors
       Bates Stamp Nos. GM-Adams Corres. 000018 - 000019

56.    09/29/99 Ali Hyderi (Zurich) letter to Artis Noel (GM) regarding receipt of 09/03/99 letter
       Bates Stamp Nos. P 04985 - P 04986

57.    10/12/99 Ashley T. Kisner (Strasburger & Price) letter to Art Noel and Andy Segovia (GM)
       regarding most recent version of settlement and release documents in *Adams* litigation
       Bates Stamp No. P 05024

58.    11/04/99 Ashley T. Kisner (Strasburger & Price) letter to Art Noel (GM) regarding most
       recent version of settlement and release documents in *Adams* litigation
       Bates Stamp No. P 05025

59.    11/04/99 Ashley T. Kisner (Strasburger & Price) letter to Delwin E. Hervey (Vinson &
       Elkins) regarding General Motor's agreement with most recent version of Settlement
       Agreement with revision on page 2 in *Adams* litigation
       Bates Stamp Nos. P 04803 - P 04805)

60.     11/29/99 *Adams, et al v. AEESC, et al* General Release (First Group of Settling Defendants)
       Bates Stamp Nos. P 01192 - P 01210

61.    01/10/00 *Adams, et al v. AEESC, et al* Amended Final Judgment
       Bates Stamp Nos. P 04373 - P 04431

62.    01/10/00 Ashley T. Kisner (Strasburger & Price) letter to Art Noel (GM) regarding
       settlement prove-up hearing in *Adams* litigation
       Bates Stamp Nos. P 05026 - P 05027

63.    01/11/00 Ashley T. Kisner (Strasburger & Price) letter to Art Noel (GM) regarding wiring
       settlement amounts for *Adams* litigation
       Bates Stamp Nos. P 05028 - P 05030

64.    01/14/00 Ashley T. Kisner (Strasburger & Price) letter to Art Noel (GM) regarding wiring
       ad litem fee for *Adams* litigation
       Bates Stamp Nos. P 05031 - P 05032

65.     01/19/00 *Adams, et al v. AEESC, et al* Order regarding prove-up of guardian ad litem's
       attorney's fees allocated to General Motors
       Bates Stamp Nos. P 04822

66.   11/03/00 Kirk F. Sniff (Strasburger & Price) letter to R. Brian Craft (Ramey & Flock) regarding attorney-client privilege for *Adams* litigation (Noel Deposition Exhibit No. 2)

67.   Plaintiff General Motors Corporation's Responses to Defendant American Ecology Corporation's First Set of Interrogatories to Plaintiff

68.   Plaintiff General Motors Corporation's Supplemental Responses to Defendant American Ecology Corporation's First Set of Interrogatories to Plaintiff

69.   Plaintiff General Motors Corporation's Responses to Defendant American Ecology Corporation's First Request for Production of Documents

70.   Plaintiff General Motors Corporation's Responses to Defendant American Ecology Environmental Services Corporation's First Set of Interrogatories to Plaintiff

71.   Plaintiff General Motors Corporation's Supplemental Responses to Defendant American Ecology Environmental Services Corporation's First Set of Interrogatories to Plaintiff

72.   Plaintiff General Motors Corporation's Responses to Defendant American Ecology Environmental Services Corporation's First Request for Production of Documents

73.   Defendant American Ecology Corporation's Responses to Plaintiff's First Set of Requests for Admissions

74.   Defendant American Ecology Corporation's Objections and Amended Responses to Plaintiff's First Set of Interrogatories

75.   Defendant American Ecology Corporation's Objections and Amended Responses to Plaintiff's Second Set of Interrogatories

76.   Defendant American Ecology Corporation's Objections and Amended Responses to Plaintiff's Second Request for Production of Documents

77.   Defendant American Ecology Corporation's Objections and Amended Responses to Plaintiff's Third Request for Production

78.   Defendant American Ecology Environmental Services Corporation's Objections and Amended Responses to Plaintiff's First Set of Requests for Admissions

79.   Defendant American Ecology Environmental Services Corporation's Objections and Responses to Plaintiff's Second Set of Requests for Admissions

80.   Defendant American Ecology Environmental Services Corporation's Objections and Amended Responses to Plaintiff's First Set of Interrogatories

81.   Defendant American Ecology Environmental Services Corporation's Objections and Amended Responses to Plaintiff's First Request for Production of Documents

82.   Defendant American Ecology Environmental Services Corporation's Objections and Amended Responses to Plaintiff's Second Request for Production of Documents

83.   Deposition of Lawrence Camilleri

84.   Deposition of Larry Cottrell

85.   Deposition of Davis Ford

86.   Deposition of Rowland Foster

87.   Deposition of Allen Messenger

88.   Deposition of John Mobley

89.   Deposition of Artis Noel

90.   Deposition of Steven Russell

91.   Deposition of Robert M. Trimble

92.   Deposition of Mitchael Wilson

93.   Deposition of Charles Wyrick

94.   Curriculum Vitae of Allen Messenger

95.   Allen Messenger's 07/20/00 Preliminary Report of Expert Testimony

96.   Allen Messenger's 09/25/00 Report of the Review of Davis L. Ford's August 23, 2000 Report

97.   Curriculum Vitae of Steven Russell

98.   Steven L. Russell's 08/28/00 Report

99.   Curriculum Vitae of Mitcheal D. Wilson

100.   07/19/00 Report of Mitcheal D. Wilson

101.   Mitcheal D. Wilson's 09/25/00 Report regarding Environmental Compliance Issues at the
       AEESC Hazardous Waste Treatment and Disposal Facility - Winona, Texas

102.   Attorney Payment Ledgers
       a.     01/01/80 - 04/13/00 Strasburger & Price Bill and Payment Ledger in *Adams* litigation
              Bates Stamp Nos. P 00001 - P 00004
       b.     01/01/80 - 04/13/00 Strasburger & Price Bill and Payment Ledger in *Gibraltar*
              litigation - Bates Stamp No. P 00005
       c.     04/14/00 Zurich International Time Recap Summary by Timekeeper - Bates Stamp
              Nos. P 00006 - 00007

103.   Strasburger & Price Law Firm Invoices in *Adams* litigation
       a.     09/18/96 - 11/30/96              Bates Stamp Nos. P 01335 - P 01343
       b.     12/03/96 - 01/13/97              Bates Stamp Nos. P 01344 - P 01345
       c.     02/06/97 - 02/28/97              Bates Stamp Nos. P 01346 - P 01347
       d.     03/04/97 - 03/31/97              Bates Stamp Nos. P 01348
       e.     04/04/97 - 04/30/97              Bates Stamp Nos. P 01349
       f.     05/01/97 - 05/31/97              Bates Stamp Nos. P 01350 - P 01351
       g.     06/03/97 - 07/31/97              Bates Stamp Nos. P 01352 - P 01353
       h.     08/01/97 - 08/31/97              Bates Stamp Nos. P 01354
       i.     09/19/97 - 10/31/97              Bates Stamp Nos. P 01355 - P 01356
       j.     11/03/97 - 11/30/97              Bates Stamp Nos. P 01357 - P 01358
       k.     12/01/97 - 12/31/97              Bates Stamp Nos. P 01359
       l.     01/02/98 - 01/31/98              Bates Stamp Nos. P 01360 - P 01361
       m.     01/19/98 - 02/28/98              Bates Stamp Nos. P 01362 - P 01363
       n.     03/05/98 - 03/31/98              Bates Stamp Nos. P 01364
       o.     04/01/98 - 04/30/98              Bates Stamp Nos. P 01365
       p.     05/01/98 - 05/31/98              Bates Stamp Nos. P 01366
       q.     06/01/98 - 06/30/98              Bates Stamp Nos. P 01367
       r.     07/01/98 - 07/31/98              Bates Stamp Nos. P 01368
       s.     08/01/98 - 08/31/98              Bates Stamp Nos. P 01369 - P 01370
       t.     09/01/98 - 09/30/98              Bates Stamp Nos. P 01371 - P 01372
       u.     10/01/98 - 10/31/98              Bates Stamp Nos. P 01373 - P 01374
       v.     11/01/98 - 12/31/98              Bates Stamp Nos. P 01375 - P 01379
       w.     11/01/98 - 12/30/98              Bates Stamp Nos. P 01380 - P 01391
       x.     01/01/99 - 01/31/99              Bates Stamp Nos. P 01392 - P 01402
       y.     02/01/99 - 02/28/99              Bates Stamp Nos. P 01403 - P 01405
       z.     02/01/99 - 02/28/99              Bates Stamp Nos. P 01406 - P 01420
       aa.    03/01/99 - 03/31/99              Bates Stamp Nos. P 01421 - P 01423
       bb.    02/19/99 - 03/31/99              Bates Stamp Nos. P 01424 - P 01446
       cc.    04/01/99 - 04/30/99              Bates Stamp Nos. P 01447 - P 01449
       dd.    04/01/99 - 04/30/99              Bates Stamp Nos. P 01450 - P 01475

| | | |
|---|---|---|
| ee. | 04/26/99 - 05/31/99 | Bates Stamp Nos. P 01476 - P 01478 |
| ff. | 04/26/00 - 05/31/00 | Bates Stamp Nos. P 01479 - P 01506 |
| gg. | 05/17/99 - 06/30/99 | Bates Stamp Nos. P 01507 - P 01509 |
| hh. | 05/17/99 - 06/30/99 | Bates Stamp Nos. P 01510 - P 01538 |
| ii. | 07/01/99 - 07/28/99 | Bates Stamp Nos. P 01539 - P 01575 |
| jj. | 07/29/99 - 09/17/99 | Bates Stamp Nos. P 01576 - P 01600 |
| kk. | 09/20/99 - 10/31/99 | Bates Stamp Nos. P 01601 - P 01610 |
| ll. | 11/01/99 - 11/30/99 | Bates Stamp Nos. P 01611 - P 01616 |
| mm. | 12/01/99 - 12/31/99 | Bates Stamp Nos. P 01617 - P 01627 |
| nn. | 01/03/00 - 01/31/00 | Bates Stamp Nos. P 01628 - P 01637 |
| oo. | 02/01/00 - 02/29/00 | Bates Stamp Nos. P 01641 - P 01645 |
| pp. | 03/07/00 - 03/31/00 | Bates Stamp Nos. P 01638 - P 01640 |
| qq. | 04/10/00 - 04/30/00 | Bates Stamp Nos. P 01646 - P 01650 |
| rr. | 05/01/00 - 05/31/00 | Bates Stamp Nos. P 01651 - P 01655 |

104.    Strasburger & Price Law Firm Invoices in *General Motors v. AEESC* litigation

| | | |
|---|---|---|
| a. | 07/30/99 - 09/17/99 | Bates Stamp Nos. P 05033 - P 05035 |
| b. | 07/30/99 - 09/17/99 | Bates Stamp Nos. P 05036 - P 05042 |
| c. | 09/24/99 - 10/31/99 | Bates Stamp Nos. P 05043 - P 05045 |
| d. | 11/02/99 - 11/30/99 | Bates Stamp Nos. P 05046 - P 05054 |
| e. | 12/01/99 - 12/31/99 | Bates Stamp Nos. P 05055 - P 05062 |
| f. | 01/03/00 - 01/31/00 | Bates Stamp Nos. P 05063 - P 05074 |
| g. | 02/01/00 - 02/29/00 | Bates Stamp Nos. P 05075 - P 05088 |
| h. | 03/01/00 - 03/31/00 | Bates Stamp Nos. P 05089 - P 05108 |
| i. | 04/03/00 - 04/30/00 | Bates Stamp Nos. P 05109 - P 05123 |
| j. | 05/01/00 - 05/31/00 | Bates Stamp Nos. P 05124 - P 05139 |
| k. | 06/01/00 - 06/30/00 | Bates Stamp Nos. P 05140 - P 05153 |
| l. | 06/14/00 - 07/31/00 | Bates Stamp Nos. P 05154 - P 05165 |
| m. | 07/31/00 - 08/31/00 | Bates Stamp Nos. P 05166 - P 05187 |
| n. | 09/01/00 - 09/30/00 | Bates Stamp Nos. P 05188 - P 05204 |

105.    Gibraltar Chemical Resources Spill Report Summary
Bates Stamp Nos. P 01656 - P 01663

106.    Gibraltar Chemical Resources, Inc. Compliance with Laws – Alleged violations of
Environmental Regulations at permitted TSDF (Solid Waste Registration Number 32123
January 1, 1989 through August 25, 1994)
Bates Stamp Nos. GM 2nd RFP # 1 000001 - 000025

107.    Master List of GCR Regulatory Issues
Mitchael Wilson Deposition Exhibit No. 6

108.  06/09/90 GCR Incident Report from Billy Duffy to James Waldron regarding 06/08/90 incident

109.  07/09/90 Terrence M. Davis (GCR) letter to Richard Leard (TACB) regarding 06/08/90 incident

110.  07/06/90 Mitcheal Wilson (GCR) letter to Thomas W. Weber (TWC) regarding 06/23/90 incident

111.  06/22/90 Uniform Hazardous Waste Manifest No. 99142289 from Aptus to GCR

112.  10/18/91 Region 12 Upset/Maintenance Telephone Notification Form re: 10/18/91 GCR incident

113.  10/28/91 Maurice Blanton Employee Accident Review regarding 10/18/91 incident

114.  02//11/92 Terrence M. Davis (GCR) letter to Mike Brashear (TWC) regarding 10/18/91 incident

115.  10/08/91 Dave Durakovich GCR Interoffice Memorandum to Terry Davis regarding 11/07/91 incident

116.  12/10/91 Terrence M. Davis (GCR) letter to John W. Witherspoon (TEC) regarding 11/07/91 incident

117.  03/26/92 Herman Cryer GCR Supervisor's Accident Investigation Report

118.  04/09/92 Arthur Fokakis III (GCR) letter to John W. Witherspoon (TWC) regarding 03/26/92 incident

119.  Ronnie Williams memo regarding TR 207 Mobil Chemical BCSP HWCDF No. 18185 07/10/92 incident

120.  07/16/92 Region 12 GCR Investigation/Violation Form No. 971577A regarding 07/10/92 incident

121.  07/20/92 Irene Hadley GCR Interoffice Memorandum to Bill Kitto regarding 07/0/92 incident

122.  Final investigation report regarding 07/10/92 incident

123.  11/02/92 Terrence M. Davis (GCR) letter to Richard G. Leard, P.E. (TACB) regarding 07/10/92 incident

124. 01/07/93 Richard Leard memorandum regarding Tank 122 chemical reaction

125. 01/22/93 Terrence M. Davis (GCR) letter to John W. Witherspoon (TWC) regarding 01/07/93 incident

126. 06/23/93 memo regarding 07/15/93 incident

127. 06/16/93 GCR Supervisor's Incident Investigation Report regarding 06/15/93 incident

128. 06/??/93 Lynn Goldston (GCR) e-mail message to Art Fokakis (GCR) re: 06/14/93 T-127 problem

129. 06/21/93 Bob Mann (GCR) e-mail message to Art Fokakis (GCR) re: T-102 & T-127 fumes

130. 09/09/93 Jack Robinson (GCR) e-mail message to Kenny Saxon, et al (GCR) regarding Tank 230 incident

131. Chronology of Events with Tank 230

132. 09/23/93 Terrence M Davis (GCR) letter to Anthony Grigsby (TNRCC) regarding 09/09/93 incident

133. 09/16/93 Lynn Goldston GCR Supervisor's Incident Investigation Report regarding 06/15/93 incident

134. 10/93 Billy Duffey GCR Supervisor's Incident Investigation Report regarding 10/25/93 incident

135. 12/10/93 GCR Spill Reporting Form regarding T103/T123 containment area